**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kristi Stockdale, on behalf of herself and all others similarly situated, | ) | CASE NO. 1:25 CV 1282 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Skymount Property Group, LLC, et al., | ) | |
| | ) | **Judgment Entry** |
| | ) | |
| Defendants. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting the Defendants' Motion to Dismiss (Doc. 9), hereby enters judgment in favor of defendants. This case is hereby dismissed.

IT IS SO ORDERED.

_____
PATRICIA A. GAUGHAN
United States District Judge

Date: 3/3/26